389 A.2d 208

Skalski v. Baumholtz (et al., Appellants).

Argued September 19, 1977. Joseph S. Bekelja, with him Frank, Margolis, Edelstein and Scherlis, for appellants; Steven M. Dranoff, with him Dranoff & Shaw, for appellee, Skalski.

OPINION PER CURIAM: Judgment affirmed on the basis of the opinion of Judge McDEVITT of the Court of Common Pleas of Philadelphia which is adopted as the opinion of this Court.

PRICE, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 208

Sussman et ux. v. Yaffee et ux., Appellants.

Argued December 13, 1977. Bernard C. Bryman, for appellants; No appearance entered nor brief submitted for appellees.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.